```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
 UNITED STATES OF AMERICA,           :
                                     :
              -v-                    :        18cr598 (DLC)
                                     :
 JULIO PALERMO,                      :        ORDER
                                     :
                     Defendant.      :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On October 26, 2020, defendant Julio Palermo filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).[1]  Accordingly, it is hereby

ORDERED that the Government shall submit a response to the October 26 petition by **December 1, 2020.**

IT IS FURTHER ORDERED that, in its response, the Government shall advise the Court whether Mr. Palermo's medical condition is being treated effectively at his facility.

SO ORDERED:

Dated:    New York, New York
          November 11, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge

---

[1] The October 26 petition was received and docketed by this Chambers on November 10, 2020.