

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 30, 2020

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007



Re:   *United States v. Julio Palermo*, 18 Cr. 598 (DLC)

Dear Judge Cote:

    With sincerest apologies to the Court, counsel, and the defendant, the undersigned did not see until this morning the Court's November 11, 2020 Order requiring the filing of any opposition to the defendant's compassionate release motion by tomorrow, December 1, 2020. Although the Government this morning informed the Bureau of Prisons of the motion and began the necessary processes for responding, the Government respectfully requests that the Court adjourn the deadline for the Government's response until December 4, 2020, to allow the Government to retrieve the defendant's medical records, ascertain the defendant's current treatment, and seek necessary permissions to respond within the U.S. Attorney's Office.

    The Government has also spoken with counsel for the defendant, who consents to this request and asked that he be allowed to respond to the Government's opposition on or before December 18, 2020. Again, apologies, and the undersigned regrets the error.

Respectfully submitted,

/s/
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2493

cc: Mark Gombiner, Esq., Federal Defenders (by ECF)

```
Granted. Mr. Palermo may
file a response by
December 18.
Dated: December 1, 2020
```

DENISE COTE
United States District Judge