```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
 UNITED STATES OF AMERICA,           :
                                     :
                -v-                  :        18cr598 (DLC)
                                     :
 JULIO PALERMO,                      :        ORDER
                                     :
                    Defendant.       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that, at the request of defense counsel, the defendant's time to respond to the Government's opposition to his October 26, 2020 emergency motion to modify or reduce his sentence is extended to **January 3, 2021**.

Dated:   New York, New York
         December 29, 2020

                                           _____
                                                     DENISE COTE
                                    United States District Judge